[No. 32813-9-III.   Division Three.   May 24, 2016.]

CANDY BREEDEN ET AL., *Appellants*, v. MEAD HIGH SCHOOL DISTRICT NO. 354 ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-02598-8, Michael P. Price, J., entered September 12, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 32902-0-III.   Division Three.   May 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. VALENTIN I. MENDOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 13-8-00683-0, Ruth E. Reukauf, J., entered October 13, 2014. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[Nos. 32948-8-III; 32949-6-III;   Division Three.   May 24, 2016.]
      32950-0-III; 32951-8-III.

*In the Matter of the Parental Rights to* M.A. ET AL.

Appeals from a judgment of the Superior Court for Spokane County, No. 13-7-01085-5, Kathleen M. O'Connor, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.